# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 13, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

      Re:  Kelvin Baez
            v. United States
           No. 20-8014
           (Your No. 19-2823)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 10, 2021 and placed on the docket May 13, 2021 as No. 20-8014.

                                       Sincerely,

                                       **Scott S. Harris**, Clerk

                                       by

                                       Susan Frimpong
                                       Case Analyst